# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:10 cv 19

| | |
|---|---|
| GMAC MORTGAGE, LLC, )<br>)<br>    Plaintiff )<br>)<br>v )<br>)<br>CURTIS J. MATHEWS, an individual; )<br>and CAROL W. MATHEWS, an )<br>individual, )<br>)<br>    Defendants. ) | **ORDER** |

**THIS MATTER** came before the court pursuant to an Order (#16) entered by the undersigned scheduling a status conference in regard to the above referenced case. Plaintiff in this case was allowed to file an Amended Complaint (#14). Defendants, instead of filing an answer, filed a document entitled "Response to Amended Complaint" (#15) which did not comply with Fed.R.Civ.P. 8(d). After hearing arguments of counsel for defendants and counsel for plaintiff, defendants shall be allowed up to and including January 24, 2011 to file a complete answer to the Amended Complaint of plaintiff, including therein any counterclaims that defendants determine should be asserted. Plaintiff shall be allowed fourteen (14) days after the answer of defendants to reply to any purported counterclaims.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendants shall be allowed up to **January 24, 2011** to file an answer to the Amended Complaint (#14) of plaintiff,

including in such answer any counterclaims that defendants determine would be appropriate. Plaintiff shall be allowed **fourteen (14) days** after the filing of the answer to file a reply to any purported counterclaims.

Signed: January 18, 2011

Dennis L. Howell
United States Magistrate Judge