# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:10cv19

| | |
|---|---|
| GMAC MORTGAGE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CURTIS J. MATHEWS and CAROL ) | |
| W. MATTHEWS, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Previously, the Court scheduled a hearing in this case for June 29, 2011, at 10:00 a.m. in Courtroom 1 at the United States District Court Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. The Court **CONTINUES** the hearing until 10:00 a.m. on July 7, 2011.

Signed: June 22, 2011

Dennis L. Howell
United States Magistrate Judge