# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA BRYSON CITY DIVISION
## 2:10 cv 19

| | |
|---|---|
| GMAC MORTGAGE, LLC, | ) |
| Plaintiff | ) |
| | ) **ORDER** |
| v | ) |
| | ) |
| CURTIS J. MATHEWS, an individual; and CAROL W. MATHEWS, an individual, | ) ) ) |
| Defendants. | ) |

**THIS MATTER** came before the court pursuant to a motion filed by counsel for Plaintiff entitled "Consent Motion to Continue Hearing on Plaintiff's Motion for Prejudgment Attachment, or in the Alternative, Temporary Restraining Order and Preliminary Injunction" (#44). The undersigned heard arguments from the parties in a hearing on July 7, 2011 and after hearing from the parties issued an oral order denying the motion to continue as shall appear of record.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the motion entitled "Consent Motion to Continue Hearing on Plaintiff's Motion for Prejudgment Attachment, or in the Alternative, Temporary Restraining Order and Preliminary Injunction" (#44) is denied.

Signed: July 15, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge