**IN THE UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**
**2:10 cv 19**


| | | |
|---|---|---|
| **GMAC MORTGAGE, LLC,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **ORDER** |
| **v** | ) | |
| | ) | |
| **CURTIS J. MATHEWS, an individual;** | ) | |
| **and CAROL W. MATHEWS, an** | ) | |
| **individual,** | ) | |
| | ) | |
| **Defendants.** | ) | |


**THIS MATTER** has come before the court upon the Court's own motion at the July 7, 2011 hearing regarding other issues in this case. On January 14, 2011, the undersigned had entered a Pretrial Order and Case Management Plan that set trial in this matter for the October 11, 2011 term. Thereafter, motions (#26, #27) were filed requesting extensions of time. Counsel for Defendants withdrew (#32) and new counsel for Defendants has appeared in this matter. (#33, #43). After hearing from the parties, the undersigned to determined to enter a new Pretrial Order and Case Management Plan setting the trial in this matter for February 13, 2012.


**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the trial in this matter is hereby scheduled for the first session on or after **February 13, 2012.** The undersigned will enter an amended scheduling order in this matter forthwith.

Signed: July 18, 2011

Dennis L. Howell
United States Magistrate Judge