# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA BRYSON CITY DIVISION
## 2:10 cv 19

| | |
|---|---|
| **GMAC MORTGAGE, LLC,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| **CURTIS J. MATHEWS, an individual;** ) | |
| **and CAROL W. MATHEWS, an** ) | |
| **individual,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** has come before the court upon the Court's own motion at the July 7, 2011 hearing regarding other issues in this case. On January 14, 2011, the undersigned had entered a Pretrial Order and Case Management Plan that set trial in this matter for the October 11, 2011 term. Thereafter, motions (#26, #27) were filed requesting extensions of time. Counsel for Defendants withdrew (#32) and new counsel for Defendants has appeared in this matter. (#33, #43). After hearing from the parties, the undersigned to determined to enter a new Pretrial Order and Case Management Plan setting the trial in this matter for February 13, 2012.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the trial in this matter is hereby scheduled for the first session on or after **February 13, 2012.** The undersigned will enter an amended scheduling order in this matter forthwith.

Signed: July 18, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge