# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:10 CV 19

| | |
|---|---|
| GMAC MORTGAGE, LLC, | )<br>) |
|    Plaintiff | )<br>) |
| V | )    **ORDER**<br>) |
| CURTIS J. MATHEWS, an individual, and<br>CAROL W. MATHEWS, an individual, | )<br>)<br>) |
|    Defendants. | )<br>) |

**THIS MATTER** is before the Court pursuant to a filing made by the Plaintiff and the Defendants entitled "Joint Mediation Report" (#55) and a certification (#56) filed by T. Douglas Wilson, Jr., mediator in the above entitled matter. In both the Joint Mediation Report and the certification filed by Mr. Wilson, it has been reported to the Court that this matter has been settled. The Joint Mediation Report states that all matters regarding the settlement in this matter could be accomplished on or before October 14, 2011. There has been no further filings since the filing of the Joint Mediation Report or the certification. The undersigned has determined to schedule a hearing in regard to this case so the parties can advise the Court of what additional matters need to be resolved before a Stipulation of Dismissal with Prejudice can be filed in this matter.

# ORDER

**IT IS, THEREFORE, ORDERED** that counsel for Plaintiff and counsel for Defendants and Defendants shall appear before the Court on **November 17, 2011** at **10:00 o'clock a.m.** in courtroom #2 in the United States Courthouse in Asheville, NC for the Court to conduct a hearing concerning the settlement of this matter. If the parties have completed the settlement before that date and a Stipulation of Dismissal with Prejudice has been filed, then the hearing will not be necessary and the parties and their counsel will be relieved from the obligation to appear.

Signed: November 3, 2011

Dennis L. Howell
United States Magistrate Judge